```
 1  GIBSON, DUNN & CRUTCHER LLP
    ETHAN D. DETTMER, SBN 196046 (edettmer@gibsondunn.com)
 2  JAYESH HINES-SHAH, SBN 214256 (jhinesshah@gibsondunn.com)
    One Montgomery Street
 3  San Francisco, California 94104
    Telephone: (415) 393-8200
 4  Facsimile: (415) 986-5309

 5  JEFFREY A. MINNERY, SBN 232259 (jminnery@gibsondunn.com)
    1881 Page Mill Road
 6  Palo Alto, California 94304
    Telephone: (650) 849-5300
 7  Facsimile: (650) 849-5333

 8  Attorneys for Plaintiff
    OSCAR W. JONES
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR W. JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOU BLANAS, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:00-CV-02811-GEB-KJM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND MODIFY PRETRIAL ORDER** |

After considering the briefs and arguments of counsel, and all other matters presented to the Court, the Court's record in this matter, and good cause appearing therefore plaintiff's unopposed Motion to Reopen Discovery and Modify Pretrial Order will be granted.

In light of the fact counsel has appeared on behalf of plaintiff, all outstanding motions filed by plaintiff pro se will be denied without prejudice.

Defendants' Motion for Summary Judgment will be denied without prejudice to refiling prior to the expiration of the pretrial motion filing deadline.

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that:

1. Plaintiff's outstanding pro se motions are denied without prejudice.
2. Defendants' Motion for Summary Judgment is denied without prejudice to refiling prior to the expiration of the pretrial motion filing deadline.
3. Plaintiff's Motion to Reopen Discovery and Modify Pretrial Order is granted. The new schedule for discovery, the filing of dispositive motions, and pretrial and trial dates shall be as follows:

| **Deadline** | **Pretrial Scheduling Order (August 29, 2006)** | **New Date** |
|---|---|---|
| Discovery Cutoff including motions to compel discovery | January 3, 2007 | July 6, 2007 |
| Requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, and 36 | 60 days prior to discovery cutoff date | 45 days prior to discovery cutoff date |
| All pretrial motions, except motions to compel discovery (defendants may submit a revised motion for summary judgment and supporting papers) | March 3, 2007 | July 30, 2007<br>§ Oppositions: August 10<br>§ Replies: August 17<br>§ Hearing: August 24 |
| Plaintiff shall file and serve pretrial statement and any motions necessary to obtain the attendance of witnesses at trial | May 3, 2007 | September 20, 2007 |
| Defendants shall file and serve pretrial statement | May 17, 2007 | October 4, 2007 |
| Pretrial conference before the magistrate judge | May 24, 2007 | October 18, 2007 |
| Trial Date | August 6, 2007 | November 12, 2007 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND MODIFY PRETRIAL ORDER                Case No. 2:00-CV-02811-GEB-KJM

Gibson, Dunn & Crutcher LLP

IT IS FURTHER ORDERED that Plaintiff shall be permitted to conduct the following depositions:

1. Deposition pursuant to Fed. R. Civ. P. 30 of Deputy Kevin Farrell.

2. Deposition pursuant to Fed. R. Civ. P. 30 of defendant Lou Blanas.

3. Deposition pursuant to Fed. R. Civ. P. 30(b)(6) of defendant Sacramento County concerning Mr. Jones's intake and classification.

4. Deposition pursuant to Fed. R. Civ. P. 30(b)(6) concerning defendant Sacramento County's intake and classification policy and procedure at the Main Jail.

5. Deposition pursuant to Fed. R. Civ. P. 30(b)(6) concerning defendant Sacramento County's policies and procedures concerning searches and shakedowns at the Main Jail.

6. Deposition pursuant to Fed. R. Civ. P. 30(b)(6) concerning defendant Sacramento County's policy regarding religious services at the Main Jail.

Dated: April 23, 2007.

_____
U.S. MAGISTRATE JUDGE

3
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN DISCOVERY AND MODIFY PRETRIAL ORDER    Case No. 2:00-CV-02811-GEB-KJM

Gibson, Dunn & Crutcher LLP