**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Molly M. Ryan, SBN 228646
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO and LOU BLANAS

GIBSON, DUNN & CRUTCHER LLP
Scott A. Fink, SBN 83408
Ethan D. Dettmer, SBN 196046
Jayesh Hines-Shah, SBN 214256
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8222 (Office)
(415) 986-5309 (Facsimile)

GIBSON, DUNN & CRUTCHER LLP
Jeffrey A. Minnery, SBN 232259
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300 (Office)
(650) 849-5333 (Facsimile)

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR W. JONES, | CASE NO. CIV-S-00-2811 GEB/KJM P |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY THE APRIL 24, 2007 PRE-TRIAL ORDER** |
| vs. | |
| LOU BLANAS, et al., | |
| Defendants. _____/ | |

**IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN** plaintiff OSCAR JONES and defendants COUNTY OF SACRAMENTO and LOU BLANAS, subject to the approval of the Court, that the trial of the above entitled matter, and other dates as outlined below, shall be continued.  Defendant LOU BLANAS will be out of the country until August 2007 thus his deposition cannot be completed by the current July 6, 2007 discovery cut-off date.  As such, plaintiff requested that defendants agree to continue the trial and other dates; defendants agree.  The parties stipulate to the following:

- The trial date is continued to **February 26, 2008**.

- The pre-trial conference is continued to **January 31, 2008**.

- Defendants' pre-trial statement shall be filed on or before **January 17, 2008**.

- Plaintiff's pre-trial statement and motions necessary to obtain the attendance of witnesses at trial shall be filed on or before **January 3, 2008**.

- All pre-trial motions, except motions to compel discovery, shall be heard on or before **December 7, 2007**.

- All pre-trial motions, except motions to compel discovery, shall be filed on or before **November 12, 2007**.

- The depositions of Kevin Farrell, Lou Blanas, and the four F.R.C.P., Rule 30(b)(6) depositions, which were permitted by the Court's April 24, 2007 order, must be completed on or before **October 19, 2007**; motions to compel depositions must also be filed on or before **October 19, 2007**.

//

//

• The deadline for completing written discovery, including the deadline for filing motions to compel written discovery, shall remain July 6, 2007.

Dated: June 18, 2007                    PORTER SCOTT
                                        A PROFESSIONAL CORPORATION


                                        By      /s/ Molly M. Ryan


Dated: June 18, 2007                    GIBSON, DUNN & CRUTCHER LLP


                                        By      /s/ Jeffrey A. Minnery
                                                Scott A. Fink
                                                Ethan D. Dettmer
                                                Jayesh Hines-Shah
                                                Jeffrey A. Minnery


**ORDER**

**IT IS SO ORDERED**.

Dated: June 25, 2007.

_____
U.S. MAGISTRATE JUDGE