IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

        Plaintiff,                No. CIV S-00-2811 GEB KJM P

    vs.

LOU BLANAS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 4, 2007 motion to compel is granted.

        2. Atascadero State Hospital (ASH) and the California Department of Mental Health (DMH) are hereby ordered to respond to plaintiff's July 5, 2007 subpoena within ten days of this order by providing the information requested in the subpoena to counsel for defendant County of Sacramento.

        3. The Clerk of the Court shall serve a copy of this order upon Norman L. Black, Assistant Chief Counsel, California Department of Mental Health Office of Legal Services, 1600 9th Street, Room 153, Sacramento, CA, 95814.

        4. Unless otherwise ordered by this court, the information to be provided by ASH and DMH to counsel for defendant County of Sacramento pursuant to this order shall not be

1

revealed to anyone other than counsel for defendant County of Sacramento and employees of the County of Sacramento assisting counsel in completing responses to discovery requests made by plaintiff.

      5. Within thirty days of completion of this case, counsel for defendant County of Sacramento shall return all copies of all of the information provided to counsel pursuant to this order to counsel for DMH.

DATED: November 6, 2007.

U.S. MAGISTRATE JUDGE

1
jone2811.mtc

2