IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

        Plaintiff,           No. CIV S-00-2811 GEB KJM P

    vs.

LOU BLANAS, et al.,

        Defendants.      <u>ORDER</u>

                                /

        Pursuant to the stipulation filed by the parties on October 29, 2007, IT IS HEREBY ORDERED that:

        1. Motions to compel concerning depositions must be filed by November 9, 2007;

        2. The deposition of defendant Blanas must have been completed by October 30, 2007; and

/////

/////

/////

/////

/////

1

1          3. The 30(b)(6) deposition regarding conditions and privileges of inmates in
2  various classifications at the Sacramento County Main Jail at the time of plaintiff's confinement
3  between 1997 and 1999 must have been completed by November 5, 2007.
4  DATED: November 6, 2007.

          _____
          U.S. MAGISTRATE JUDGE

7  1
   jone2811.36(a)