IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

      Plaintiff,                No. CIV S-00-2811 GEB KJM P

    vs.

LOU BLANAS, et al.,

      Defendants.         ORDER

_____/

      In accord with the stipulation submitted by the parties on November 12, 2007, IT IS HEREBY ORDERED that:

      1. All pretrial motions, except motions to compel discovery, shall have been filed by November 12, 2007; oppositions are to be filed by November 21, 2007; replies are to be filed by November 28, 2007.

      2. Hearing with respect to any pretrial motions, except motions to compel discovery, shall occur on December 5, 2007 at 10:00 a.m.

DATED: November 14, 2007.

_____
U.S. MAGISTRATE JUDGE

1/jone2811.36(b)