IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

       Plaintiff,                No. CIV S-00-2811 GEB KJM P

   vs.

LOU BLANAS, et al.,

       Defendant.         <u>ORDER</u>

_____/

       In light of Judge Burrell's January 8, 2008 minute order vacating the trial date in this matter, IT IS HEREBY ORDERED that the dates established for the fling of pretrial statements and pretrial conference are vacated. Those dates will be reset, if necessary, after the district court judge assigned to this case rules on the parties' motions for summary judgment.

DATED: January 10, 2008.

_____
U.S. MAGISTRATE JUDGE

1
jone2811.vac