IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

       Plaintiff,             2:00-cv-2811-GEB-KJM-P

    vs.

LOU BLANAS, et al.

       Defendants.        <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding with counsel, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On December 30, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

///

1

1  entire file, the court finds the findings and recommendations to be supported by the record and by

2  proper analysis.

3                Accordingly, IT IS HEREBY ORDERED that:

4             1.  The findings and recommendations filed December 30, 2008, are adopted in

5  full; and

6             2.  Plaintiff's motion for summary judgment (Docket No. 144) is granted in part

7  and denied in part as follows:

8                 A. At trial, the jury will be instructed that, as a matter of law, the

9  conditions to which plaintiff was subjected in both general population and T-Sep at the

10  Sacramento County Jail violated plaintiff's right to due process under the Fourteenth

11  Amendment; and

12                 B. Otherwise denied.

13             3. Defendants' motion for summary judgment (Docket No. 136) is granted and

14  denied as follows:

15                 A. Granted with respect to plaintiff's claims against defendant Blanas in

16  his individual capacity arising before January 4, 1999;

17                 B. Denied with respect to plaintiff's claims against defendant Blanas in

18  his individual capacity arising on and after January 4, 1999; and

19                 C. Denied as to plaintiff's claims against the County of Sacramento.

20             4. Any claims against defendant Blanas in his official capacity as the Sheriff of

21  Sacramento County are dismissed.

22             5. Plaintiff is granted thirty days to file an amended pretrial statement.

23  ///

24  ///

25  ///

26  ///

6. Defendants are granted thirty days from service of plaintiff's amended pretrial statement to file their pretrial statement.

Dated:  February 12, 2009

GARLAND E. BURRELL, JR.
United States District Judge