IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

    Plaintiff,                    No. CIV S-00-2811 GEB KJM P

    vs.

LOU BLANAS, et al.,

    Defendant.                 ORDER

_____/

    Plaintiff is a California civil detainee proceeding with counsel in an action under 42 U.S.C. § 1983. The parties have filed a stipulation that this case be referred to the court's Voluntary Dispute Resolution Program (VDRP), pursuant to Local Rule 271. Their stipulation complies with the requirements of Rule 271(i).

    Accordingly, IT IS HEREBY ORDERED that this action is referred to the court's VDRP. The Clerk of Court is directed to serve a copy of this order on the court's VDRP coordinator.

DATED: June 25, 2010.

U.S. MAGISTRATE JUDGE

4
jone2811.ord

1