## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

        Plaintiff,                     Case No. 2:00-CV-2811-GEB-KJM

  vs.

LOU BLANAS, et al.,

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
                                       /         **AD TESTIFICANDUM**

        Oscar W. Jones, civil detainee # CO-000058-8, a necessary and material witness in proceedings in this case on August 9, 2010, is confined in Coalinga State Hospital, 24511 West Jayne Avenue, Coalinga, California, 93210, in the custody of the Director; in order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Mediator Joe Ramsey, to appear from the institution by video conference at the U. S. District Court, 501 I Street, Sacramento, California 95814, Courtroom #1 on Monday, August 9, 2010 at 2:00 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the detainee named above to participate by video conference in a mediation at the time and place above, until completion of the mediation; and

        2.  The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, Coalinga State Hospital, P. O. Box 5000, Coalinga, California, 93210:**

        **WE COMMAND** you to produce the detainee named above to testify before Joe Ramsey by video conference at the time and place above, until completion of the mediation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

DATED:  July 14, 2010.

                                                                  U.S. MAGISTRATE JUDGE

jone2811.841