IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR W. JONES,

    Plaintiff,                        No. CIV S-00-2811 GEB EFB (TEMP) P

vs.

LOU BLANAS, et al.,

    Defendants.                   <u>ORDER</u>

        The court has been apprised that the parties in this case have settled. The court will direct them to file a stipulation of dismissal or otherwise inform the court on the status of this case.

        IT IS THEREFORE ORDERED that the parties have thirty days from the entry of this order in which to file a stipulation of dismissal or otherwise inform the court of the status of this case.

DATED: February 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE