**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Jared S. Mueller, SBN 257659
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO and SHERIFF LOU BLANAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR W. JONES, | CASE NO. 2:00-CV-02811-GEB-KJM |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| LOU BLANAS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff OSCAR W. JONES, and Defendants COUNTY OF SACRAMENTO and SHERIFF LOU BLANAS, by and through their undersigned counsel, that any and all claims against Defendants COUNTY OF SACRAMENTO and SHERIFF LOU BLANAS be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

/ / /

/ / /

/ / /

Dated: April 7, 2011

GIBSON, DUNN & CRUTCHER LLP

By _____
Jason B. Stavers
Attorney for Plaintiff OSCAR W. JONES

Dated: April 4, 2011

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
David A. Melton
Attorneys for Defendants
COUNTY OF SACRAMENTO and
SHERIFF LOU BLANAS

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00879280.WPD

2

STIPULATION FOR DISMISSAL WITH PREJUDICE